**ESSENTIAL SERVICES GROUP**
**555 EIGHTH AVE., SUITE 1901**
**NEW YORK, N.Y. 10018**
**TEL.212-760-2300**
**FAX-212-760-0188**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIOCT OF NEW YORK

---

SINT, LLC.

VS.                    INDEX# 08-CV-1841 (PAC)

SLEEPY BEDDING & FURNITURE, CORP.

---

State of New York, County of New York, SS:

JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
   On **FEBRUARY 25/08 AT 4:05P.M.** at:
**95-03 ROOSEVELT AVE.**
**JACKSON HEIGHTS, N.Y. 11372** Deponent served the annexed:
**SUMMONS IN A CIVIL ACTION;**
**CIVIL COVER SHEET;**
**COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, TRADEMARK DILUTION AND UNFAIR COMPETITION;**
**RULES AND PRACTICES OF JUDGE CROTTY;**

on **SLEEPY BEDDING & FURNITURE, CORP.**
by delivering thereat a true copy to BASEM JAD (MANAGER)
personally;

   Deponent describes the individual served as follows:
Sex/Race(skin color): MALE/WHITE
Hair/ Approximate Age: BROWN/ 30-40 YRS.
Approximate height/Approximate weight: 5'7"/195 LBS.
152/
PS 2-08- - 110
sworn to before me this
25 day February/08

Jack Johnson
Process License
# 1181702