USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 18 2008

**Sleepy Bedding & Furniture, Inc.**
**95-03 Roosevelt Ave.**
**Jackson Heights, NY 11372**
**Tel: (718) 334-9876 Fax: (718) 334-0790**

April 15th, 2008

To the Honorable Judge Crotty,

RE: 08 CV 01841

    I am writing this letter requesting an additional 30 days to acquire a lawyer. I am a small business and I am having problems gathering the funds to get a lawyer to represent me. I ask that you please take my situation into consideration and grant me the additional time requested. Thank you in advance for your understanding.

*[signature]*

Cordially,
Basem Jad
Owner/Manager

**MEMO ENDORSED**

*[Handwritten endorsement:]* April 18, 2008

This will be the final extension granted. The defendant corporation must appear by an attorney. Its failure to do so will result in a default judgment.

SO ORDERED:

*[signature]*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Copies Mailed By Chambers To:
Basem Jad

"Copy Faxed by Chambers" to
(718) 334-0790

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Sint, LLC and Sleepy's, LLC__

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

08 Civ. 01841 (   )(   )

- against -

__Sleepy Bedding & Furniture, Corp.__

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, __Basem Jad__ *(name)*, declare under penalty of perjury that I have served a copy of the attached __Letter requesting more time__ *(document you are serving)*

upon __Wiggin and Dana LLP__ *(name of person served)* whose address is __450 Lexington Ave. Suite 3800 New York, NY 10017-3913__ *(where you served document)*

by __Certified Mail__ *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: __Jackson Heights__ *(town/city)* __NY__ *(state)*
__April__ *(month)* __15th__ *(day)* __2008__ *(year)*

Signature: *(signed)*

Address: __95-03 Roosevelt Ave.__
City, State: __Jackson Heights, NY__
Zip Code: __11372__
Telephone Number: __(718) 334-9876__

Rev. 05/2007

Wiggin and Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, Connecticut
06911-0325
www.wiggin.com

Carrie A. Hanlon
203.363.7633
203.363.7676 fax
chanlon@wiggin.com

**WIGGIN AND DANA**
*Counsellors at Law*

VIA FACSIMILE AT 212.805.6304

April 17, 2008

The Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl St., Room 735
Courtroom 20-C
New York, NY 10007

Re:  Sint, LLC and Sleepy's, LLC v. Sleepy Bedding & Furniture, Corp.
     08-cv-1841 (PAC)
     Opposition of Defendant's April 15, 2008 Request for Extension of Time

Dear Judge Crotty:

Plaintiffs respectfully oppose Defendant's April 15, 2008 request for an additional 30 days to retain a lawyer in the above-captioned matter. Defendant has had plenty of time to secure a lawyer, both before and after Your Honor's March 17, 2008 Order. Indeed, prior to filing its "Motion to Dismiss" on March 8, 2008, Defendant (through Mr. Jad) contacted counsel for Plaintiffs on March 5 to request an extension of time to answer on the grounds that its "regular" lawyer did not practice in federal court and additional time was needed to secure a new lawyer. Counsel for Plaintiffs refused to consent to an extension due to the unreasonable delay already incurred and the prejudice to Plaintiffs that would result from such an extension. Specifically, Defendant was notified of its unauthorized use of the Plaintiffs' SLEEPY's Mark two times prior to the filing of this lawsuit, and Defendant chose to ignore Plaintiffs' demands to cease its unauthorized use.

*New Haven  Stamford  New York  Hartford  Philadelphia*

April 17, 2008
Page 2

**WIGGIN AND DANA**

*Counsellors at Law*

This lawsuit was filed on February 26, 2008, and Defendant should not be permitted to further delay the proceedings. Plaintiffs respectfully oppose Defendant's request for a further extension of time because any further delay in reaching the merits of this lawsuit severely prejudices the Plaintiffs because it allows Defendant to continue doing business under Plaintiffs' Mark.

Sincerely,

*Carrie A. Hanlon* byLAC

Carrie A. Hanlon
Attorney for Plaintiffs

cc: Defendant, Mr. Basem Jad via facsimile at 718.334.0790