UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SINT, LLC and SLEEPY'S, LLC, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. |
| | : | 1:08-cv-01841 (PAC) |
| v. | : | |
| | : | |
| SLEEPY BEDDING & FURNITURE, CORP., | : | |
| | : | |
| Defendant. | : | June 6, 2008 |
| | : | |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the Plaintiffs, Sint, LLC and Sleepy's, LLC.

Respectfully submitted, this 6th day of June, 2008.

SINT, LLC and SLEEPY'S, LLC

_/s/ Laura A. Chubb_
Laura A. Chubb (LC2007)
WIGGIN and DANA, LLP
450 Lexington Avenue, Suite 3800
New York, New York 10017
Telephone: (212) 551-2620
Facsimile: (212) 490-0536
E-Mail: lchubb@wiggin.com

## CERTIFICATE OF SERVICE

It is hereby certified that on this day a true copy of the foregoing **NOTICE OF APPEARNCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: June 6, 2008.

/s/ Laura A. Chubb
Laura A. Chubb